# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

Carol Manheim d/b/a Plantation Plaza
Therapy Center, individually and on behalf
of all other persons similarly situated,

     Plaintiff,

     v.

Measurable Solutions, Inc.,

     Defendant.

Case No. 2:15-cv-04353-DCN

---

## Settlement Order and Final Judgment

---

This matter came before the Court on October 5, 2017, pursuant to the Order Preliminarily Approving Class-Action Settlement entered on April 18, 2017 ("the Preliminary-Approval Order"), for the purpose of determining (1) whether the settlement of this action, on the terms and conditions set forth in the Settlement Agreement previously submitted to the Court, should be approved as fair, just, adequate, and reasonable; (2) whether the Class Representative should receive a case contribution award and the amount of that award; (3) the amount of attorneys' fees and expenses to award Class Counsel; and (4) whether a Settlement Order and Final Judgment should be entered.

Having considered the record in this action, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

The Court previously certified, for settlement purposes only, a class under

Rule 23(b)(2) and (3) that consists all persons, natural or otherwise, throughout the United States to whom Measurable Solutions, Inc., sent or caused to be sent, at any time from October 26, 2011, to the present, one or more facsimile or fax transmissions with content substantially similar to any of the fax transmissions contained in Exhibits A through N attached to this Order. No individual or business requested to be excluded from the Class.

The Court finds that notice of the proposed class-action settlement was given to the Class in accordance with the Preliminary-Approval Order and complied with the requirements of Rule 23(c)(2). The Court finds that the notice methodology was the best notice practicable under the circumstances of this case; satisfied due process requirements; and provided class members with fair and adequate notice of the proposed class-action settlement, the right to opt-out of the Class, this hearing, the right to object to the proposed settlement, the proposed settlement itself, the right of the Class Representative to apply for a case-contribution award for her service in bringing this case on behalf of the Class and serving as the Class Representative, and the right of Class Counsel to apply for an award of attorneys' fees and expenses.

The Settlement Agreement is the product of good-faith, arms-length negotiations between the parties, each of whom was represented by experienced counsel. The terms of the settlement, as set forth in the Settlement Agreement, are hereby determined to be fair, just, reasonable, and adequate. Accordingly, the Settlement Agreement, including each of its respective terms and conditions, is hereby finally approved by and incorporated as part

of this Settlement Order and Final Judgment. This Settlement Order and Final Judgment incorporates by reference the defined terms in the Settlement Agreement.

No Class Member will have any property interest in the Settlement Fund unless that Class Member timely submitted a claim and the claim has been determined to be a valid claim under the terms of the Settlement Agreement.

The Court finds that a case-contribution payment of $3,000 to the Class Representative is fair and reasonable for her service in bringing this case on behalf of the Class and serving as the Class Representative.

Measurable Solutions is hereby permanently and forevermore enjoined and prohibited from, either directly or by assisting others, using any telephone facsimile machine, computer, or other device to send any unsolicited advertisement to any Class Member's telephone facsimile machine. The term "telephone facsimile machine" means equipment which has the capacity (A) to transcribe text or images, or both, from paper into an electronic signal and to transmit that signal over a regular telephone line, or (B) to transcribe text or images (or both) from an electronic signal received over a regular telephone line onto paper. The term "unsolicited advertisement" means any material advertising the commercial availability or quality of any property, goods, or services that is transmitted to any Class Member's telephone facsimile machine without that person's prior express invitation or permission.

The Court hereby enters judgment fully and finally terminating all claims on the merits against Measurable Solutions. The Class Representative and all Class Members,

— 3 —

regardless of whether they have claimed benefits under the settlement, by operation of this Order release and forever discharge Measurable Solutions and its shareholders, officers, directors, attorneys, agents, employees, successors, and assigns from all claims, whether legal or equitable, arising from or related to Measurable Solutions sending advertisements to fax machines or causing advertisements to be sent to fax machines at any time since October 26, 2011, one or more facsimile or fax transmissions with content substantially similar to any of the fax transmissions contained in Exhibits A through N attached to this Order. The Class Representative and all Class Members, regardless of whether they have claimed benefits under the settlement, by operation of this Order also covenant not to sue the released parties regarding any of the released claims.

The release and covenant not to sue set forth above are effective only upon Measurable Solutions' full performance of the funding obligations set forth in the Settlement Agreement, and the release and covenant not to sue do not affect any claim that the Class Representative or any Class Member may have against Measurable Solutions for breach of the terms of the Settlement Agreement or for failure to comply with this Order.

All Class Members, regardless of whether they have claimed benefits under the settlement, are forever barred and permanently enjoined from filing, commencing, prosecuting, continuing, litigating, intervening in, or participating as a class member in any lawsuit or administrative, regulatory, or other proceeding in any jurisdiction if the lawsuit or administrative, regulatory, or other proceeding is based on or relates to the

claims and causes of action, or the facts and circumstances relating thereto, in or underlying this action that qualify them as Class Members

The Class Representative shall be paid a case-contribution payment of $3,000. This amount shall be paid to the Class Representative by the Claims Administrator within 10 days of this Order becoming "final."

The sum of $33,000 is hereby awarded to Class Counsel as the entire attorneys' fees in this action, covering all fees for legal services. The sum of $2,745.23 is further hereby awarded to Class Counsel for all reasonable costs (except the Settlement Costs as described in this Order), all reasonable disbursements, all reasonable out-of-pocket expenses, and all other reasonable expenditures in connection with this litigation. These sums shall be paid to Class Counsel as provided in the Settlement Agreement and shall be paid by the Claims Administrator to Class Counsel within 10 days of this Order becoming "final." For the purpose of this payment and all other payments or actions required by this Order, this Order will be deemed to be "final" if no appeal is filed after the entry of this Order and the time for filing any appeal from this Order has expired, or, if an appeal is filed, when the mandate from the appellate court affirming this Court's final order approving this settlement is filed in this Court.

The Claims Administrator is authorized to deduct from the Settlement Fund the Settlement Costs, which include all fees and expenses charged by the Claims Administrator for providing notice to class members of the proposed settlement and all claims-administration costs.

Unless a different deadline is specified in the Settlement Agreement, all other payments required to be made under the Settlement Agreement, including but not limited to the payments to Class Members that submitted valid claims, shall be paid within 10 days of this Order becoming "final."

Neither this Order, the Settlement Agreement, the fact of the settlement, the settlement proceedings, settlement negotiations, nor any related document, shall be used as an admission of any act or omission by Measurable Solutions or be offered or received in evidence as an admission, concession, presumption, or inference of any wrongdoing by Measurable Solutions in any proceeding other than any proceeding as may be necessary to consummate or enforce the Settlement Agreement or this Order.

None of the parties receiving releases under this Order shall have any responsibility for and shall have no liability whatsoever with respect to the allocation among Class Counsel of any attorneys' fees or expenses awarded by the Court, nor to any other person that may assert a claim thereto.

The parties are hereby authorized without further approval from the Court to adopt such amendments or modifications of the Settlement Agreement and all exhibits thereto as may be consistent in all respects with this Order and do not limit the rights of Class Members.

The Court retains jurisdiction over this settlement to the extent necessary to implement, effectuate, and administer this settlement and this Order, including but not limited to any issues arising from the Court's award of attorneys' fees and expenses.

AND IT IS SO ORDERED.

_____
The Honorable David C. Norton
United States District Judge

October 19, 2017
Charleston, South Carolina

# Exhibit A

# TIPS FOR PRIVATE PRACTICE OWNERS

## Do you want to help more patients?



If you're going to help more patients then you're going to need to increase doctor referrals. Here's a tip to get them sending you a steady stream of new patients:

**Doctors listen to the patient about how their treatment results are going** and like to be acknowledged for sending the patient to therapy. When a patient tells you they're doing better, ask them to be sure to let their doctor know and to thank them for sending them to you for treatment on their next follow-up visit.

Also, *always* keep in mind that **it's what the *doctor* is interested in hearing about that counts**.

So when you are creating marketing materials for doctors, remember to take on their point of view and always write your marketing materials to address what they are interested in.



---

# Interested in learning about how to get *more* patients you can help?

## Then sign up for our *FREE* 60-minute *"How To Get More Referrals"* Webinar!

We will show you how to create a personalized Marketing and PR program for your practice that will increase your referrals and will continue to work year after year. This information on creating a steady flow of new patients is actually an excerpt taken directly from our *New Patient Course* – and you can *immediately* apply it to your practice:

## Sign up here ➜

Or call 800-491-2826 and ask for the FREE *How To Get More Referrals* Webinar. We can book the Webinar at a time that is convenient for you.

*"After implementing the information I learned in this Webinar, I got a phone call from an orthopedic surgeon. He wanted me to send him my business cards and script pad and told me he would be sending me patients as soon as he receives them. This was the first time in three years since I started my practice that a physician called me and asked me for my information!"* - BC

**Please Note: This is an owner-oriented workshop. Managers are welcome too!**



**Measurable Solutions**
300.491.2826
measurablesolutions.com

*Questions?*
Give me a call!

Shaun Kirk, MHS, PT, MTC
President & Co-Founder



---

*YES!* Sign me up now for the FREE

## *"How To Get More Referrals"* Webinar

**(Get a free CD *How To Get New Patients Out the Wazoo!*)**

OWNER'S NAME

PRACTICE NAME

PHONE NUMBER

E-MAIL (FOR ONLINE REGISTRATION)

### Best time for a Webinar:

☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri

Time: _____ EST

### You can't afford *NOT* to do this Webinar!

---

### FAX back your completed information to:

# 727.443.1713

We respect your privacy. If you no longer wish to receive our faxes, or if you feel you were sent this fax in error, simply call 800.425.2052, enter Reference ID # (CUSTID_XXX1100) and enter your fax number on your touch tone phone. This will remove you from our fax list. Your contact information is used strictly for internal purposes only and will not be sold or given out under any circumstances.

# Exhibit B

# 95% of PTs don't know how to get their patients to refer!

### *DON'T BE ONE OF THEM!*



Patient referrals are a huge and largely untapped goldmine in your practice but very easy to improve!

Have you ever seen a patient return to PT after being gone for a year or two? They usually pick up the conversation precisely where they left off when you discharged them. They tell you about the latest things with their family and they remember things you have told them about yours. They consider that they're your friend, and they are. They could have sent you a patient but you didn't know how to ask. Mastering this area can really expand your practice and we'll show you how!



## Are you interested in learning more about how to get *your* patients to refer?

### Then sign up for our *FREE* 60-minute *"How to Get Your Patients to Refer"* Webinar!

We will show you how to create a personalized Marketing and PR program for your practice that will get your patients referring and will continue to work year after year.

This information on creating a steady flow of patient referrals is actually an excerpt taken directly from our *New Patient Course* – and you can *immediately* apply it to your practice!

## *Sign up here* ➔

Or call 800-491-2828 and ask for the FREE *How to Get My Patients to Refer* Webinar. We can book the Webinar at a time that is convenient for you.

*"I wish I had known this information when I opened my practice! It's such a relief to find someone that really knows how to market a practice. I'm absolutely sure that if we do this program, it will get results!"* — D.P.

**NOTE: This is an owner oriented Webinar.**



**Measurable Solutions**
**800.491.2828**
measurablesolutions.com

*Questions?*
Give me a call!

Shaun Kirk, MHS, PT, MTC
President & Co-Founder



*YES!* Sign me up now for the no-cost *"How to Get My Patients to Refer"* Webinar
**(Get a FREE CD "How to Get Referrals Out the Wazoo!")**

OWNER'S NAME
_____

PRACTICE NAME
_____

PHONE NUMBER
_____

E-MAIL (FOR ONLINE REGISTRATION)
_____

**Best time for a Webinar:**

☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri

Time: _____ EST

You can't afford *NOT* to do this Webinar!

**FAX** back your completed information to:
**727.443.1713**

We respect your privacy. If you no longer wish to receive our faxes, or if you feel you were sent this fax in error, simply call 800.425.2052, enter Reference ID # CUST ID 30211008 and enter your fax number on your touch tone phone. This will remove you from our fax list. Your contact information is used strictly for internal purposes only and will not be sold or given out under any circumstances.

# Exhibit C

# 95% of PTs don't know how to get their patients to refer!

### DON'T BE ONE OF THEM!



Patient referrals are a huge and largely untapped goldmine in your practice but very easy to improve!

Have you ever seen a patient return to PT after being gone for a year or two? They usually pick up the conversation precisely where they left off when you discharged them. They tell you about the latest things with their family and they remember things you have told them about yours. They consider that they're your friend, and they are. They could have sent you a patient but you didn't know how to ask. Mastering this area can really expand your practice and we'll show you how!



---

## Are you interested in learning more about how to get *your* patients to refer?

### Then sign up for our *FREE* 60-minute *"How to Get Your Patients to Refer"* Webinar!

We will show you how to create a personalized Marketing and PR program for your practice that will get your patients referring and will continue to work year after year.

This information on creating a steady flow of patient referrals is actually an excerpt taken directly from our *New Patient Course* -- and you can *immediately* apply it to your practice!

## *Sign up here* ➔

Or call 800-491-2828 and ask for the FREE *How to Get My Patients to Refer* Webinar. We can book the Webinar at a time that is convenient for you.

*"I wish I had known this information when I opened my practice! It's such a relief to find someone that really knows how to market a practice. I'm absolutely sure that if we do this program, it will get results!"* — D.P.

---

*YES!* Sign me up now for the no-cost *"How to Get My Patients to Refer"* Webinar (Get a FREE CD "How to Get Referrals Out the Wazoo!")

OWNER'S NAME _____

PRACTICE NAME _____

PHONE NUMBER _____

E-MAIL (FOR ONLINE REGISTRATION) _____

### Best time for a Webinar:

☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri

Time: _____EST

# Exhibit D

# What's the WORST Thing a PT Can DO?!

*Tips for Private Practice Owners*



The worst thing a PT can do is fail to get results for their patients. Not getting results is disastrous for the patient, disastrous for the PT's reputation and ultimately disastrous for the practice.

**But the best PT in the world can't get results if a patient isn't there.** If a patient is prescribed 12 visits and only shows up for 9, you might be concerned because you just lost 25% of your potential income. But that is the least of your problems.

**The *biggest* problem is that your patients are going to be less than happy with their results**, and this is *not* going to help you grow your practice. In fact, it might even contribute to your practice shrinking.

**We have proven methods of getting your patients to follow through** and we will be happy to share those with you in our free one-hour *Patient Compliance Webinar*. All of your staff is welcome to attend the Webinar along with you, as Patient Compliance is a team effort!

---

## Interested in learning about how to get your patients to stay for their full course of treatment?

### Then sign up for our *FREE* 60-minute "Patient Compliance" Webinar!

We will show you how to explain to your patients the value and necessity of sticking to their treatment plan, creating a patient who is eager to stick to their full course of treatment!

## Sign up here →

Or call 800-491-2828 and ask for the FREE *Patient Compliance* Webinar. We can book the Webinar at a convenient time for you.

*"Incredible! We had our whole staff take this Webinar together. It was applicable to everyone from the front desk to P.R. I wish every P.T. knew how to do this before they graduate. Then they would know how to be autonomous professionals."* ~ JT

*"Thank you for showing me how to achieve not only patient compliance, but compliance in all areas of my job and life!"* ~ JK

**Please Note: This is an owner-oriented workshop. Your staff is welcome to join you!**



**Measurable Solutions**
800.491.2828
measurablesolutions.com

*Questions?*
Give me a call!

Shaun Kirk, MHS, PT, MTC
President & Co-Founder



---

*YES!* Sign me up now for the FREE
**"Patient Compliance"**
Webinar
(And get a free CD *How To Get New Patients Out the Wazoo!*)

_____
OWNER'S NAME

_____
PRACTICE NAME

_____
PHONE NUMBER

_____
E-MAIL (FOR ONLINE REGISTRATION)

### Best time for a Webinar:

☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri

Time: _____EST

You can't afford *NOT* to do this Webinar!

_____

**FAX** back your completed information to:

## 727.443.1713

We respect your privacy. If you no longer wish to receive our faxes, or if you feel you were sent this fax in error, simply call 800.425.2052, enter Reference ID # LUST/ID 9021-100-1 and enter your fax number on your touch tone phone. The will remove you from our fax list. Your contact information is used strictly for internal purposes only and will not be sold or given out under any circumstances.

Exhibit E

# You can have a million dollar practice!
## (Even if you already have one, this information applies to you.)



**You can have a practice that makes over a million dollars a year with excellent PTs working for you.** You can have an outrageously efficient front desk with a cancellation rate as low as 5%. You can work 30 hours a week or less, take vacations whenever you want, and spend as much time with your family as you want to. And perhaps most importantly, you can achieve every goal that you set for your practice and thoroughly enjoy your life!

**Even if you already have a million dollar practice,** we have organizational technology that will help you keep it expanding beyond your wildest dreams. **Ask our Inc. 500 clients.** (References available upon request.)

**Call or schedule a Webinar today and find out how simple it is to expand your practice!**



---

## Are you interested in learning more about how build a million dollar practice?

## Then sign up for our *FREE* 60-minute *"How Build a Million Dollar Practice"* Webinar!

We will show you how to create a personalized Marketing and PR program for your practice that will build your practice the way you always dreamed.

This information on creating a booming practice is actually an excerpt taken directly from our *New Patient Course* – and you can *immediately* apply it to your practice!

## *Sign up here* ➜

Or call 800-491-2828 and ask for the FREE *How Build a Million Dollar Practice* Webinar. We can book the Webinar at a time that is convenient for you.

*"I wish I had known this information when I opened my practice! It's such a relief to find someone that really knows how to expand a practice. I'm absolutely sure that if we do this program, it will get results!"* — D.P.

**NOTE: This is an owner oriented Webinar.**



**Measurable Solutions**
800.491.2828
measurablesolutions.com

*Questions?*
Give me a call!

Shaun Kirk MHS, PT, MTC
President & Co-Founder



---

*YES!* Sign me up now for the no-cost *"How Build a Million Dollar Practice"* Webinar **(Get a FREE CD "How to Get Referrals Out the Wazoo!")**

OWNER'S NAME
_____

PRACTICE NAME
_____

PHONE NUMBER
_____

E-MAIL (FOR ONLINE REGISTRATION)

### Best time for a Webinar:

☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri

Time: _____ EST

You can't afford *NOT* to do this Webinar!

---

**FAX** back your completed information to:
**727.443.1713**

We respect your privacy. If you no longer wish to receive our faxes, or if you feel you were sent this fax in error, simply call 800.425.2052, enter Reference ID # CUSTID 30211009 and enter your fax number on your touch tone phone. This will remove you from our fax list. Your contact information is used strictly for internal purposes only and will not be sold or given out under any circumstances.

# Exhibit F

# Do you want to help more patients?

*Tips for Private Practice Owners*



If you're going to help more patients then you need to **increase referrals as your first priority**. Here are a couple of tips to help make that happen.

**Doctors listen to the patient about how their treatment results are going** and like to be acknowledged for sending the patient to therapy. When a patient tells you they're doing better, ask them to be sure to let their doctor know and to thank them for sending them to you for treatment on their next follow-up visit.

**A patient considers that they are your friend,** and they are. All you have to do is *ask* them if they have any friends or family that need your help. *You will be amazed at the number of new patients you will have from just this one question alone!*



---

## Interested in learning more about how to get *more* patients you can help?

## Then sign up for our *FREE* 60-minute "*How to Get More Patients to Help*" Webinar!

We will show you how to create a personalized Marketing and PR program for your practice that will get you more patients to help and will continue to work year after year

This information on creating a steady flow of new patients is actually an excerpt taken directly from our *New Patient Course* – and you can *immediately* apply it to your practice!

## *Sign up here* →

Or call 800-491-2828 and ask for the FREE *How to Get More Patients to Help* Webinar. We can book the Webinar at a time that is convenient for you.

*"I wish I had known this information when I opened my practice! It's such a relief to find someone that really knows how to market a practice. I'm absolutely sure that if we do this program, it will get results!"* — D.P.

NOTE:This is an owner oriented Webinar.



**Measurable Solutions**
800.491.2828
measurablesolutions.com

*Questions?*
Give me a call!

Shaun Kirk, MHS, PT, MTC
President & Co-Founder



---

*YES!* Sign me up now for the no-cost "*How to Get More Patients to Help*" Webinar (And FREE CD "How to Help More Patients")

OWNER'S NAME

PRACTICE NAME

PHONE NUMBER

E-MAIL (FOR ONLINE REGISTRATION)

### Best time for a Webinar:

☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri

Time: _____ EST

You can't afford *NOT* to do this Webinar!

**FAX** back your completed information to:
**727.443.1713**

---

We respect your privacy. If you no longer wish to receive our faxes or if you feel you were sent this fax in error, simply call 800.425.2952, enter Reference ID # CUSTID 30211001 and enter your fax number on your touch tone phone. This will remove you from our fax list. Your contact information is used strictly for internal purposes only and will not be sold or given out under any circumstances.

# Exhibit G

# What's the WORST Thing a PT Can DO?!

*Tips for Private Practice Owners*



**The worst thing a PT can do is fail to get results for their patients.** Not getting results is disastrous for the patient, disastrous for the PT's reputation and ultimately disastrous for the practice.

**But the best PT in the world can't get results if a patient isn't there.** If a patient is prescribed 12 visits and only shows up for 9, you might be concerned because you just lost 25% of your potential income. But that is the least of your problems.

**The *biggest* problem is that your patients are going to be less than happy with their results**, and this is *not* going to help you grow your practice. In fact, it might even contribute to your practice shrinking.

**We have proven methods of getting your patients to follow through** and we will be happy to share those with you in our free one-hour *Patient Compliance Webinar*.



---

## Interested in learning about how to get your patients to stay for their full course of treatment?

### Then sign up for our *FREE* 60-minute *"Patient Compliance"* Webinar!

We will show you how to explain to your patients the value and necessity of sticking to their treatment plan, creating a patient who is eager to stick to their full course of treatment!

### Sign up here ➔

Or call 800-491-2828 and ask for the FREE *Patient Compliance* Webinar. We can book the Webinar at a convenient time for you.

*"Incredible! It was applicable to everyone from the front desk to P.R. I wish every P.T. knew how to do this before they graduate so they could educate their staff and create a team that was on the same page. Then they would know how to be autonomous professionals."* ~ JT

*"Thank you for showing me how to achieve not only patient compliance, but compliance in all areas of my job and life!"* ~ JK

**Please Note: This is an owner-oriented workshop.**



**Measurable Solutions**
800.491.2826
measurablesolutions.com

*Questions?*
Give me a call!

Shaun Kirk, MHS, PT, MTC
President & Co-Founder



---

*YES!* Sign me up now
for the FREE
**"Patient Compliance"**
Webinar
**(And get a free CD *How To Get New Patients Out the Wazoo!*)**

OWNER'S NAME

PRACTICE NAME

PHONE NUMBER

E-MAIL (FOR ONLINE REGISTRATION)

### Best time for a Webinar:

☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri

Time: _____ EST

### You can't afford *NOT* to do this Webinar!

---

### FAX back your completed information to:

## 727.443.1713

We respect your privacy. If you no longer wish to receive our faxes, or if you feel you were sent this fax in error, simply call 800 425 2052, enter Reference ID # (CUST ID #CUST ID#) and enter your fax number on your touch tone phone. This is a remove only from our fax list. Your contact information is used strictly for internal purposes only and will not be sold or given out under any circumstances.

# Exhibit H

# *Check out our ALL NEW website with FREE video practice tips and NEW online courses*!

# MeasurableSolutions.com/FXNEW

Come aboard Measurable Solutions and join the team of exceedingly competent business owners that have navigated their business to their ideal scene – an owner who is able to run the organization at any distance and have it expand on its own, creating more freedom to do what they want.

## *While you're on the site, be sure to sign up to receive our FREE video practice tips and NEW online courses!*

We also have a **FREE** one-hour Webinar available to practice owners that will show you how to create a personalized Marketing and PR program for your practice that will increase your referrals and will continue to work year after year. This information on creating a steady flow of new patients is actually an excerpt taken directly from our New Patient Course – **and you can immediately apply what you learn in the Webinar to your practice to increase referrals right away**!

*YES! I'd like to know how to take my marketing to the next level and increase referrals.*

Sign me up now for the *no-cost Marketing & PR Webinar*. And while you're at it, send me the **FREE** CD, HOW TO GET NEW PATIENTS OUT THE WAZOO.

OWNER'S NAME

_____

PRACTICE NAME

_____

PHONE NUMBER

_____

Measurable Solutions
800.491.2828

**measurablesolutions.com/CDNEW**

**Best time for a Webinar:**

☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri

Time of day: _____EST

**FAX** your completed information to:

# 727.443.1713

We respect your privacy. If you no longer wish to receive our faxes, or if you feel you were sent this fax in error, simply call 800.425.2052, enter Reference ID # CUSTID 30211016 and enter your fax number on your touch tone phone. This will remove you from our fax list. Your contact information is used strictly for internal purposes only and will not be sold or given out under *any* circumstances.

Exhibit I

# We're opening the door to one of our most popular services:
# The Summer Owners' Conference!



From the beginning, our Owners' Conferences have been exclusively for our Executive Clients.

**However, because of the unbelievable results our clients get from an Owners' Conference** (*highest ever statistics for weeks following*), we have decided to kick the door open to the **Summer Owners' Conference** and see what happens!

**Our Summer Owners Conference covers topics related to Marketing & PR, and getting new business in the door.** Measurable Solutions executive clients present a wide range of successful actions they have implemented to boom their practice in a Roundtable format.

There is abundant time for Q & A and networking with other practice owners to find out even more successful actions you can implement in your practice.

**Anyone who qualifies can attend the Summer Owners' Conference.** To find out if it's right for you, read on...



---

### First, we *both* need to know how your practice is doing.
Our free Practice Viability Index will tell us if the Summer Owners' Conference is right for you.



Take the test at
**www.measurablesolutions.com/OCPVI**

### *Then, Sign up here* ➔

Here are just a few of the *thousands* of testimonials from Measurable Solutions' clients about the Owners' Conference:

- *Thank you Measurable Solutions for bringing such an awesome group of people together to be able to share and grow with. As usual the information and energy I get from an Owner's Conference is beyond compare!* ~ L.H.
- *Roundtable environment is excellent! Good topics and good all-around discussions. The Owners' Conference is very stimulating and I learn something every time I come down. I'm impressed with how Measurable Solutions stays on top of key issues in my profession. And the highest evers are an added bonus to look forward to!* ~ S.S.
- *Great information presented on real life issues facing our profession. You cannot put a limit on the amount of knowledge generated by a highly motivated professional group of individuals united for a common purpose! Priceless!* ~ S.R.

**NOTE: This offer is for private practice owners only.**



**Measurable Solutions**
**800.491.2828**
**measurablesolutions.com**

### *Questions?*
Give me a call!

Shaun Kirk, MHS, PT, MTC
President & Co-Founder



---

*YES!* Set up an appointment for my practice eval to see if the **Summer Owners' Conference** is right for me.

**Get a FREE CD**
**"How to Get More Referrals"**

OWNER'S NAME
_____

PRACTICE NAME
_____

PHONE NUMBER
_____

E-MAIL (FOR ONLINE REGISTRATION)
_____

### Best time for your practice evaluation:

☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri

Time: _____EST

You can't afford *NOT* to find out where your practice stands!

---

**FAX back your completed information to:**
# 727.443.1713

**Or just call for more information!**
**800-491-2828**

We respect your privacy. If you no longer wish to receive our faxes, or if you feel you were sent this fax in error, simply call 800.425.2052, enter Reference ID # CUSTID 30211011 and enter your fax number on your touch tone phone. This will remove you from our fax list. Your contact information is used strictly for internal purposes only and will not be sold or given out under *any* circumstances.

# Exhibit J

# Would you like to know how to get your patients to refer their friends and family *without* feeling uncomfortable?

As a fellow Physical Therapist, I would like to invite you to learn how to get more referrals from your patients **without** feeling uncomfortable!

Studies have shown that **95% of PTs *DON'T KNOW HOW* TO GET THEIR PATIENTS TO REFER**! If you're one of them, I would like to offer you a free one-hour Webinar on ways to increase your patient referrals **TODAY** that will continue to work year after year.

This information on creating a steady flow of new patients is actually an excerpt taken directly from our NEW PATIENT COURSE - and by the end of the Webinar you will **know** how to apply it!

Type this link into your browser to sign up for this valuable offer: measurablesolutions.com/PATR

You can also call 800-491-2828 and ask for Raj, or fill out the form below and fax it back. The Webinar is for practice owners and can be booked at a time that is convenient for you.

As an added incentive, when you sign up, I will send you a **FREE** copy of our famous CD, HOW TO GET NEW PATIENTS OUT THE WAZOO – **a $197 value**!

You've got nothing to loose and more new patients to gain, so why not sign-up right now? I look forward to hearing from you.

Regards,

*Shaun Kirk P.T.*

Shaun Kirk, MHS, PT, MTC
President & Co-Founder

## YES! I'd like to know how to get my patients to refer.

Sign me up now for the *no-cost Patient Referral Webinar* and send me the CD, HOW TO GET NEW PATIENTS OUT THE WAZOO.

**Measurable Solutions**
800.491.2828
measurablesolutions.com

OWNER'S NAME
_____

PRACTICE NAME
_____

PHONE NUMBER
_____

E-MAIL (FOR ONLINE REGISTRATION)

**Best time for a Webinar:**

☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri

Time: _____EST

**FAX** your completed information to:

# 727.443.1713

We respect your privacy. If you no longer wish to receive our faxes, or if you feel you were sent this fax in error, simply call 800.425.2052, enter Reference ID # CUSTID 30211014 and enter your fax number on your touch tone phone. This will remove you from our fax list. Your contact information is used strictly for internal purposes only and will not be sold or given out under *any* circumstances.

# Exhibit K

# What's the WORST Thing a PT Can DO?!

*Tips for Private Practice Owners*



**The worst thing a PT can do is fail to get results for their patients.** Not getting results is disastrous for the patient, disastrous for the PT's reputation and ultimately disastrous for the practice.

**But the best PT in the world can't get results if a patient isn't there.** If a patient is prescribed 12 visits and only shows up for 9, you might be concerned because you just lost 25% of your potential income. *But that is the least of your problems!*

The *biggest* problem is that your **patients are going to be less than happy with their results**, and this is *not* going to help you grow your practice. In fact, it might even contribute to your practice shrinking.

**We have proven methods of getting your patients to follow through** and we will be happy to share those with you in our free one-hour *Patient Compliance Webinar*.



---

## Interested in learning about how to get your patients to stay for their full course of treatment?

### Then sign up for our *FREE* 60-minute "Patient Compliance" Webinar!

We will show you how to explain to your patients the value and necessity of sticking to their treatment plan, and creating a patient who is eager to stick to their full course of treatment!

### Sign up here ➔

Or call 800-491-2828 and ask for the FREE *Patient Compliance* Webinar. We will book the Webinar at a convenient time for you.

*"Incredible! It was applicable to everyone from the front desk to P.R. I wish every P.T. knew how to do this before they graduate so they could educate their staff and create a team that was on the same page. Then they would know how to be autonomous professionals." ~ JT*

*"Thank you for showing me how to achieve not only patient compliance, but compliance in all areas of my job and life!" ~ JK*

**Please Note: This is an owner-oriented workshop.**



**Measurable Solutions**
**800.491.2828**
**measurablesolutions.com**

*Questions?*
Give me a call!

Shaun Kirk, MHS, PT, MTC
President & Co-Founder



---

**YES!** Sign me up now for the FREE

## "Patient Compliance" Webinar

**And get a free CD**
*How To Get More New Patients!*

_____
OWNER'S NAME

_____
PRACTICE NAME

_____
PHONE NUMBER

_____
E-MAIL (FOR ONLINE REGISTRATION)

### Best time for a Webinar:

☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri

Time: _____EST

## You can't afford *NOT* to do this Webinar!

---

**FAX** back your completed information to:

## 727.443.1713

We respect your privacy. If you no longer wish to receive our faxes, or if you feel you were sent this fax in error, simply call 800.425.2052, enter Reference ID # CUSTID 3021110 and enter your fax number on your touch tone phone. This will remove you from our fax list. Your contact information is used strictly for internal purposes only and will not be sold or given out under *any* circumstances.

# Exhibit L

# *Would you like to know* How to Promote to Doctors *and get them sending you patients?*

As a fellow Physical Therapist, I would like to invite you to learn how to promote to Doctors and get them sending you patients *NOW*!

Studies have shown that **98% of PTs *DON'T KNOW HOW* TO GET DOCTORS TO REFER**! If you're one of them, I would like to offer you a free one-hour Webinar on ways to increase your doctor referrals *TODAY* that will continue to work year after year.

This information on how to promote to doctors is actually an excerpt taken directly from our NEW PATIENT COURSE - and by the end of the Webinar you will *know* how to apply it!

**Type this link into your browser to sign up for this valuable offer:** measurablesolutions.com/**PRMDOC**

You can also call 800-491-2828 and ask for Raj, or fill out the form below and fax it back. The Webinar is for practice owners and can be booked at a time that is convenient for you.

As an added incentive, when you sign up, I will send you a *FREE* copy of our famous CD, HOW TO GET NEW PATIENTS OUT THE WAZOO – **a $197 value**!

You've got nothing to lose and more new patients to gain, so why not sign-up right now? I look forward to hearing from you.

Regards,

*Shaun Kirk P.T.*

Shaun Kirk, MHS, PT, MTC
President & Co-Founder

## *YES!* I'd like to know how to promote to doctors and get them sending me patients.

Sign me up now for the *no-cost Patient Referral Webinar* and send me the CD, HOW TO GET NEW PATIENTS OUT THE WAZOO.

**Measurable Solutions**
**800.491.2828**
**measurablesolutions.com**

OWNER'S NAME

PRACTICE NAME

PHONE NUMBER

E-MAIL (FOR ONLINE REGISTRATION)

**Best time for a Webinar:**

☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri

Time of day: _____EST

**FAX** your completed information to:

# 727.443.1713

We respect your privacy. If you no longer wish to receive our faxes, or if you feel you were sent this fax in error, simply call 800.425.2052, enter Reference ID # CUSTID 30211015 and enter your fax number on your touch tone phone. This will remove you from our fax list. Your contact information is used strictly for internal purposes only and will not be sold or given out under *any* circumstances.

Exhibit M

# TIPS FOR PRIVATE PRACTICE OWNERS

## You can recover $1,000 a week with better "*schedule book control*"!

That's right! With just a few simple adjustments at your front desk, you can recover lost income and lower your % of cancellations. We can show you how to do this in less than an hour.

**This is an owner-oriented workshop. Managers are welcome too!**

---

## Interested in learning more about schedule book control?

### Then sign up for our *no-cost* 60-minute Webinar "*Increase Your Income Through Proper Schedule Book Control.*"

This Webinar covers several simple actions that have been proven time and time again to increase the percentage of patients who keep their appointments.

### *Sign up here* ➔

Or call 800-491-2828 and ask for the **no-cost** "*Increase Your Income Through Proper Schedule Book Control*" Webinar. We can book the Webinar at a time that is convenient for you.

*"Before this Webinar I thought our stats were pretty good. But with the information we got from the Webinar I know we will close an even greater percentage of patients for their prescribed visits. Learning how to improve patient compliance has given me very powerful tools that help me be more successful in any situation! The bottom line on this is, do not plan on succeeding in private practice without this knowledge."*
— Daniel T., PT



**Measurable Solutions**
**800.491.2828**
**measurablesolutions.com**

*Questions?*
Give me a call!

Shaun Kirk, MHS, PT, MTC
President & Co-Founder



---

*YES!* Sign me up now for the *no-cost* "*Increase Your Income Through Proper Schedule Book Control*" Webinar

_____
OWNER'S NAME

_____
PRACTICE NAME

_____
PHONE NUMBER

_____
E-MAIL (FOR ONLINE REGISTRATION)

**Best time for a Webinar:**

☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri

Time: _____EST

You can't afford **_NOT_** to do this Webinar!

_____

**FAX** back your completed information to:
**727.443.1713**

---

We respect your privacy. If you no longer wish to receive our faxes, or if you feel you were sent this fax in error, simply call 800.425.2052, enter Reference ID # CUSTID 30211001 and enter your fax number on your touch tone phone. This will remove you from our fax list. Your contact information is used strictly for internal purposes only and will not be sold or given out under any circumstances.

# Exhibit N

# *What makes our clients different?*

## They can get *RESULTS* with what they learn at Measurable Solutions!

We teach our clients how to build their business using unique teaching methods that lead to full comprehension of the material. They go back to their business and follow online implementation programs for the material just learned and have weekly phone visits with their implementation advisor. As they implement the material at the practice, they see unprecedented expansion.

To find out about what kind of results your getting in your practice, take our *FREE* Practice Viability Index. *It only takes 15 minutes*. We will go over the results with you in a Webinar and show you some things you can do right away to improve your results.

As an example, I helped one practice owner increase his patient visits by 18 a week in a 150 patient visit practice. This increase he obtained in his patient visits equates to $76,000 a year in income without any rise in new patients. Just a few simple procedural actions can recover a small fortune!

Regards,

*Shaun Kirk P.T.*

Shaun Kirk, MHS, PT, MTC
President & Co-Founder

## *Take the Practice Viability Index!*
## *MeasurableSolutions.com/FXPVI*

If you would like a free CD on HOW TO GET NEW PATIENTS OUT THE WAZOO, fill out the form and fax it back to the number below.

OWNER'S NAME

_____

PRACTICE NAME

_____

PHONE NUMBER

_____

E-MAIL (FOR ONLINE REGISTRATION)

**ms**

Measurable Solutions
420 S. Garden Avenue
Clearwater, FL 33756

# 800.491.2828
# measurablesolutions.com

We respect your privacy. If you no longer wish to receive our faxes, or if you feel you were sent this fax in error, simply call 800.425.2052, enter Reference ID # CUSTID 30211017 and enter your fax number on your touch tone phone. This will remove you from our fax list. Your contact information is used strictly for internal purposes only and will not be sold or given out under *any* circumstances.